CHARLES H. BLOOD, Appellant, v. EVELYN RICH and Another, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ÆTNA INSURANCE COMPANY and Others, Appellants, v. JOHN ALVEN, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellants to abide the event. Memorandum: We find evidence from which a jury could have determined that by using a gasoline blow torch to remove paint from woodwork which was close to dry, loose shingles, the defendant's employees failed to exercise care commensurate with the risk which was apparent and of which they had been warned. Giving to the plaintiffs the benefit of inferences fairly to be drawn from the proof, and testing the evidence by the standard of reasonable prudence, a question of fact was presented whether the fire in question resulted from lack of care by the defendant's employees in using a gasoline torch under conditions then existing. All concur. (The judgment dismisses the complaint in an action to compel defendant to indemnify plaintiffs for money paid under fire insurance policy.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

LILLIAN M. ROSSENBACH, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Respondent.— Order affirmed, with costs. All concur. (The order sets aside a verdict for plaintiff in an action to recover on a life insurance policy.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JENNIE J. KEENEY, Respondent, v. PETER VANDENBERG, Appellant.— Order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal and for restoration of the verdict. (The order sets aside a verdict for defendant in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

SOPHIE ADAMSKI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $500, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur. (The judgment awards damages for personal injuries received in a collision between a street car and an automobile. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgccomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY NASCA, Appellant, and JOSEPH COMITO, Defendant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendants of the crime of robbery, first degree.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

M. FRANCIS MALONE, Appellant, v. BARNETT FAROLL and Others, Doing Business under the Firm Name and Style of FAROLL BROTHERS, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant upon a directed verdict in an action to recover for stock pledged. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.